## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
_Nashville_ **DIVISION**

_William Keel_ )
_____ )
_____ )
)
)
**PLAINTIFF(S)** )
_Metro Sheriffs Office,_ )
_Sheriff Daron Hall, c/c_ )
vs. _Correct Cure solutions_ )   CIVIL ACTION NO._____
)
)
_Metro Government_ )
)
_____ )
)
_____ )
**DEFENDANT(S)** )

RECEIVED
IN CLERK'S OFFICE

OCT 1 5 2013

U. S. DISTRICT COURT
MID. DIST. TENN.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
### 42 U.S.C. §1983

**I.**   **Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes___ NO___

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit

Plaintiffs: _____ N/A _____

Defendants: _N/A_

2. Court (if federal court, name the district, if state court, name the county):
_N/A_

3. Docket Number: _N/A_

4. Name of judge to whom case was assigned: _N/A_

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

6. Approximate date of filing lawsuit: _N/A_

7. Approximate date of disposition: _N/A_

II. **Place of present confinement** _Davidson County Sheriffs Office_

A. Is there a prisoner grievance procedure in this institution? YES _✓_ NO _____

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
YES _✓_ NO _____

C. If your answer is Yes:

1. What steps did you take?: _Sent A Letter to Sheriff daron Hall Aug 20, 2013 filed greivance 9-9-13 waited then on 9-15-13 defendants responded on 9-23-13 Plaintiff appealed to no Avail Sheriff daron Hall_

2. What was the result? _the defendant DCSO has never reported, The problems are still here nothing has been resolved._

D. If your answer is No, explain why not: _N/A_

III. **Parties**

(In Item B below, place the full name of the defendant in the blank marked B his official position and place of employment. In Item A, place your full name and address. Do the same for additional plaintiffs, if any).

A. Name of Plaintiff _William keel_
Address _P.O. Box 196383 Nashville, TN 37219._

2

B. Defendant _Sheriffs Office_ is employed as _entity_ at _P.O. Box 196383 Nashville, TN 37219._

C. Additional Defendants: _sheriff, devon Hall P.O. Box 196383 nash, TN 37219._ _CJC, P.O. Box 196383, nash, TN 37219. Correct Care Solutions P.O. Box 196383, Nash, TN 37219. metro Gov 408 2nd Ave N. nashville, TN 37805._

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

I am suing defendants, Metro Sheriffs Office, Sheriff devon Hall, metro government, Criminal Justice center, Correct Care Solutions, for $25 million dollars each in Compensatory, Punitive Damages for Negligence, neglect and abuse, Mental, emotional Pain and Suffering, emotional Stress, duress damages, injuries, caused By defendants employees, staffs and Contractors.

defendants above are Liable for their employees, staffs and Contractors, acts and Omissions.

Since _____ or Longer thee Conditions here @ thee Metro, Jail are has been unConstitutional, horrible, inhumane, Cruel Punishment to thee inmates/Residents, Plaintiff, thee Plaintiff and Other metro, Jail 2nd floor inmates

3

Special needs inmate/residents the mentally ill Disable and Medically ill Disable is being Subjected to the following unconstitutional ect Conditions. Continue Next Page.

**V.    Relief sought:**

1. $25 million dollars in Punitive and Compensating damages for the unconstitutional Conditions Plaintiff and other inmate/Residents are being Subjected to

2. violations of their rights and U.S. Constitution 8th Amendment violation, emotional, mental Pain

3. and suffering injuries, damages, Request for Jury trial demanded, Request for Injunction Relief,

4. Request for TBI and U.S. Marshals assistance Criminal investigation, Request for Class Action

5. Status.

I

(We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this ___27th___ day of ___Aug___, 20 13

William Ecer

Signature(s) of Plaintiff(s)

4

Continue claim.

1). The 2nd floor 2-E unit has A Leak 4 in 6, Places. in the Crelin and when it rains it Leaks water shit and Piss water on the inmates, Bus Tubs is Put on the floor in the unit to catch This nasty ass water it's been Reported Several times But no one will Fix This Problem. inhumane and unconstitutional. 8th Amend. violated.

2). It's Hot as hell on the 2nd floor 2-B, C, D, and E unit and they want turn on the air or Put Big Fans in Place to Cool Off, unconstitutional 9th Amend. violated.

3). The medical staff is failin to do TB Skin Tests on People when they Come to Jail and TB and Other Airborne Disease are Spreading, unconstitutional 8th Amend. violated, Local, State and Federal Regulation Laws, Guidlines, Policy. violated. U.S. Mail Mailbox for U.S. Mail Denied regular, attorney Legal mail unsealed Mail violated, 4). The guards keeps Lockin) 2E unit down Punish) the whole Pod for one or Two inmates, doin) wrong, unconstitutional 8th Amend. violated, threaten intimidation and retaliation 2E unit inmates for other reasons

5). The guards are feedin inmates in 2-A unit Suicide Cells Loaf for Breakfast, Lunch and Dinner to Punish Them; unconstitutional. 8th Amend. violated, (and they Thinks its funny the guards 2A unit.)

9-27-13                    William keel
date                       signature

Continue claim:

ant on Aug 5, 2013 the C/o Smittie on his own admission told 2A unit inmates How the inmates on suicide watch started getting Loaf for Breakfast, Lunch and Dinner hee said it started because the 4th and 5th floor Segregation SMU inmates kept coming to 2-A unit suicide cells so they could watch T.V. So C/o Smittie said hee and other guards Broke the SMU inmates By feeding them Loaf for Breakfast, Lunch and Dinner and saying that the T.V. is Broke But Really its not Broke they just have it off and since the guards have done this they have Refused to turn the T.V. Back on So the 2A Medical and Mental Health individuals I/ms Canot watch T.V. (unconstitutional) U.S. 8th Amend. Violated, ant they Refuse to stop feeding Loaf to People on suicide watch (unconstitutional) 8th Ament. Violated. Official Criminal Misconduct evil, immoral, Cruel Punishment Period, The ones responsible to this Cruel Act need to be Fired. and they are denying 2A medical and mental health (Mentally ill) Disable inmates Their Correct rec, Hours 8am Til 2pm and 4Pm Til 10Pm (unconstitutional) 8th Amend. Violated. they have them Lock down 23 and one. violated.

this guard C/o smittie also said that Sheriff, daron Hall told them to do this above, and agrees with it, (Lying on the sheriff).

8-27-13
Date

William Keel
Signature

Continueing Claim:

6. The guards has also been keeping the lights on the 2-A unit medical and mental health inmates 24 Hours A day 365 days A year (cell lights). unconstitutional U.S. Const. 8th Amend. violated.

7. The guards has been beating the segregation SMU inmates in 2A medical, mental health unit and spraying them with A lot of mace. Then they leave the medical and mental health inmates in the unit causeing them to be effected By the mace by caughing, Eyes burning ect. Segregation SMU inmates should not be in 2A medical mental health unit anyway. unconstitutional. U.S. Const. 8th Amend. violated. State and federal regulations guidlines. violated.

8. They keeps putting inmates in 2A suicide cells who is not suicidal who tells the medical mental health staff and guards that they (the inmates) is not suicidal before they put the inmates in the suicide cells But they been putting inmates in suicide cells anyway. unconstitutional. U.S. constitution 8th amend. violated. evil and immoral official criminal misconducts. violated.

~~[crossed out / illegible]~~

10. The food needs to be more on the trays as required By State and Federal regulations guidlines and served according to and as required By State and federal regulations guidlines. violated.

We have also noticed thee guard c/o ___ ~~Becks~~ on 3rd shift has also been mistreating the 2nd floor special needs inmates and mentally disable inmates neglecting and abuseing them his ass needs to be fired. he is also been sexually harrassing the mentally ill disable individuals.

8-27-13

William keef

Continueing Claim,

The guard Cooks on Sept 25, 2013 Threatened, intimidated one of the 2E unit Gay individuals and toJd the Gay individual that the guards will fuck the gay individual in the ass and make him fuck his Dick.

11. The guards also Keeps the Lights on 2-E unit inmates 24 Hours A day 7 days a week (unconstitutional) 8th Amend U.S. Constitution violated and refuseing to serve Coffee in retaliation for Complaints filed., ect., 3&2 shift guards the first if refuse) to serve Coffee

12. The guards always Lock down 2-E unit to punish the whole Pod for Lookin @ the other inmates going to court (in the hall way) and for another inmate in the unit doing wrong (unconstitutional). 8th Amend U.S. Constitution. violated.

13. The Showers in 2-E unit needs Shower real Shower curtains act as required to prevent other people from seeing the inmate naked body (exposeing the inmate Sexually). violated. Privacy. violated. state and federal Regulations Guidlines. violated.

14. The 2-E unit inmates Bathroom Toilet areas needs doors and curtains to prevent being exposed while they use the Bathrooms. violated. State and federal Regulations Guidlines. violated.

15. I also notice the 2nd floor supose to be Special needs floor for the Mentally Disable Legally mentally Disable individuals and Legally medically Disable Gay individuals But the Staff has been Discriminating against the Mentally Disable individuals inmates by moveing them off of Special needs floor 2nd floor and forceing them on 4 and 5 max Security floors this got to stop happening. (unconstitutional). 8th Amend U.S. Constitution. violated. ADA. violated. State and federal Regulations Guidlines. violated. and their Houseing inmates in 2E unit with the mentally Ill Disable individuals who should not be in 2E special needs unit. ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ putting special needs Mentally Ill Disable inmates at risk of serious bodily harm.

8-27-13
A.S.

William keef

Supporting Facts for Relief.

Plaintiff, requests for $25 million dollars in punitive and compensatory damages for the unconstitutional conditions he and other inmate/Residents are being subjected to at the Metro Jail and the violations of their rights U.S. Constitution 8th Amendment. The emotional, mental pain ~~and~~ injuries, damages.

Request for jury trial demanded.
Request for Injunction Re lief.
Request for TBI and U.S. Marshals ~~assistances~~.
Criminal investigation.

Request for Class Action status

Defendants, Metro Sheriffs Office has implimented A policy that violates U.S. Postal mail Federal Law. The policy Said the Plaintiff and Other Jail inmate/Residents mail, to there their attorneys civil or criminal Lawyers, firms, familys, eect have to be unsealed envelope when mailed out state and U.S. Const. 8th amend. violated, Privacy Act, violated, Federal Law. violated, and there is No mail Box where the Plaintiff and other inmate Residents can put their U.S. Postal mail in. violated 8th amend., U.S. Const., The Jail mail Room staff is Telling Plaintiff and other inmate/Residents that

Date 8-27-13              Sign William keel

they have to mail their Legal Mail all Legal
Mail and Regular mail exept Court mail
out in A unsealed envelope U.S.Const.
8th amend, violated. Federal Law violated.
Privacy Act violated. the Jail mail staff is also
inspecting inmate residents outgoing U.S. District Court mail
furthermore, the inmate residents is being
denied access to the Court's such as
Case manager assistance with Court Legal
forms for Criminal, State, Circuit Courts
ect 2241's forms, Affidavit of indigency
forms, Paupers Oath forms (for circuit cts)
and Other Legal forms.

furthermore, the Library expose and meets
A Law Clerk check and new Law books
and attorneys directory and Local
Rules of (state) book and Local Rules
of Local book. (because the defendants
employees has been keeping these books
away from (inmate Residents) Law (Library)
which deny's the inmate Residents access
to the Courts and Typewriter denied which
should be in the Library and ABL's Law
books denied. and David Rabins Law
books denied. and west Law Computors
denied. and Law Librarian. ~~don~~ Services
denied.

8/27/13                                    william burst

A Copy of the defendants Metro Jail handbook has been
Placed hereto this Complaint as evidence showing
the defendant DCSO is implimenting Policy that
violates inmate/Residents rights, State and
Federal Law, Privacy Act, State and Federal
regulations requirements. (regarding out going
Mail must be unsealed), and ~~Failing~~.
failing to allow the metro Jail, inmate/
residents to have A Mail Box for the
Purpose of Mailing their regular and
Legal Mail in. Violated. 8th Amen & U.S.
Const. violated.,

      further.

Aug 20, 2013 Plaintiff, sent A Letter to defendant
Sheriff, Jaron Hall regarding some of the
horrible Conditions @ The Metro Jail here,
but nothing still has not been done, to Correct
the Problems, and On Sept 9, 2013 Plaintiff
filed a grievance about the nasty water
Leaking from the Creling in 2E unit and On
Sept 15, 2013, defendants employee LT
abernathy responded Saying a (maintance
Request work Order requesting for repair
of the water Leaking from the Coreling
has been submitted) but the Problems is, is
That this water has been Leaking from
the Creling for months and they new about it
it defendants Sheriff Office Jail employees and
done nothing about it and still Continues to do
nothing. On Sept 23, 2013 Plaintiff, appealed
this matter But defendants still has not responded,
See attached

Witnesses:

Tarrance Boyd #655628
Damon Clifton # 150532
AAron Cambell # 445086
Andrew L. washington #4817792
Donald Ray Lorick # 131813
John D. watkins # 499981
Charkes neal

Allen chris # 677425

Sheriff, Daron Hall

Aug 30, 2013

Sorry to bother you but the jail conditions are horrible, inhumane, unconstitutional, evil, immoral, neglect, abuse, official misconduct criminal 1st, 8th state u.s. const. violated. Jail Rules Polices, violated, state, federal regulations Laws, guidlines. violated.

2E unit cieling, has been leaking shit and piss water in several places 5 or 6 places for months and no one has even tried to to fix this problem uh

The guards continues to threaten and intimidate 2E unit about locking them down and had been locking them down 24 eet hours just because inmate being off his bunk which the whole tod should not be punished for and the guards has lately been taken the T.V. privillage 9-17-13 and tor to eet in retaliation because some one reported to Woodall for sexually harassing the gays and other sexually oriented individuals in 2E unit and always all ways threaten and intimidation to lock 2E unit down for 24 eet for no reason just to intimidate 2E unit individual, then on 9-20-13 the 3rd shift B 2E unit Guard to T.V. privillage again in as A retaliation

The Guards has been housing smu inmates in 2A unit, the Guards wont let the 2A unit medical inmates and mentally mental health inmates watch TV. the guards and other staff, feeding the inmates on Suicide watch Loaf to finish them, the Guards wont let the 2A unit medical and mental health inmates have rec like population 8AM til 2pm and 4PM til 10pm instead the Guards have 2A inmates medical and mental health lock down 23 and one they have been doing this for several months and the guard c/o Smittie said sheriff Daron Hall said to do these wrongs to the inmates/Residents.

## DAVIDSON COUNTY SHERIFF'S OFFICE

### INMATE GRIEVANCE FORM

☑ Original
☐ Appeal

Name: William Keel          OCA: 472609

Facility and Cell: 2E

Rules:
1. Grievances should be submitted within seven (7) calendar days of the occurrence.
2. The issue being grieved must affect the inmate filing the complaint. If it does not, the grievance will not be processed.
3. Duplicate grievances will not be processed. An inmate is allowed to submit no more than one grievance for any incident.
4. Grievances with vulgar or inappropriate language will not be processed.
5. If more than one inmate files a grievance about the same incident, the responses may be consolidated. If so, it will be noted on the response.
6. An appeal should be submitted within no more than five (5) days after notification of the original response.
7. Grievances and appeals must be placed in the designated grievance box by the inmate.

William Keel                    9/9/13

Inmate's Signature                    Date Signed

Details: Since June 2013 there has been shit and piss
water Leaking from the Cieling in 4
Places and nothing has been done about
it. This Problem needs to be Fix

SH9018A
Rev. 08/24/01

Case 3:13-cv-01145   Document 1   Filed 10/15/13   Page 16 of 29 PageID #: 16

**DAVIDSON COUNTY SHERIFF'S OFFICE**

<u>**GRIEVANCE RESPONSE FORM**</u>

To: <u>GRIEVANCE COORDINATOR</u>

Date: <u>September 15, 2013</u>

From: Investigating Officer: <u>LT. ABERNATHY</u>

Position: <u>LT</u>

Re: Inmate: <u>KEEL, WILLIAM</u>   *CJC*
    *2E-1-46*

CIS No <u>661257</u>

OCA No <u>472609</u>

Functional Area: <u>Maintenance</u>

Officer: _____

Grievance No: <u>189246</u>

Description: <u>Plumbing</u>

Response: Offender Keel,
A maintenance request( work order) requesting repair of the water
leaking from the ceiling has been submitted.

Investigating Officer: _____   Date: <u>9-18-13</u>

Inmate: _____   Date: _____

SH00019

189246

## DAVIDSON COUNTY SHERIFF'S OFFICE

### INMATE GRIEVANCE FORM

☐ Original
☑ Appeal

Name: _William Keel_        OCA: _472609_

Facility and Cell: _2E 46_

Rules:
1. Grievances should be submitted within seven (7) calendar days of the occurrence.
2. The issue being grieved must affect the inmate filing the complaint. If it does not, the grievance will not be processed.
3. Duplicate grievances will not be processed. An inmate is allowed to submit no more than one grievance for any incident.
4. Grievances with vulgar or inappropriate language will not be processed.
5. If more than one inmate files a grievance about the same incident, the responses may be consolidated. If so, it will be noted on the response.
6. An appeal should be submitted within no more than five (5) days after notification of the original response.
7. Grievances and appeals must be placed in the designated grievance box by the inmate.

_william keel_                        _9-23-13_
Inmate's Signature                   Date Signed

Details: _nothing has been done and the cieling and pipes still Leaks shit and piss water now in 6 or 7 Places and Bus Tubs are being used to catch this nasty water. Something Really needs to be done about this Problem._

SH9018A
Rev. 08/24/01

Each reported case is documented and will be investigated. During this process, DCSO classification will provide appropriate housing for you.

## Medical Response

If you are the victim of sexual abuse, you may need a medical examination. Medical staff may perform an examination to obtain samples or document injury. The exam will be conducted privately and professionally.

**DO NOT CLEAN UP.** It is important to be examined before you wash, brush your teeth, change your clothes, or use the restroom. Doing so may destroy physical evidence.

## Sexual Abuse Counseling

You may seek counseling and/or advice from a psychologist or chaplain. Crisis counseling, coping skills, suicide prevention and mental health counseling are all available to you. Many people need help to recover from the emotional effects of sexual abuse. If you have been the victim of sexual abuse recently or in the past, staff is available to counsel you.

## Avoid Becoming a Victim of Sexual Abuse in Jail

Act confidently.   Do not permit your emotions to be obvious to others.

Do not accept gifts or favors from others. Most come with strings attached.

Do not accept an offer of protection from another inmate.

Stay alert and make good decisions.

Be direct and firm if others ask you to do something you do not want to do.

Choose your friends wisely.

Trust your instincts. If you sense that a situation may be dangerous, it probably is. If you fear for your safety, report your concerns to a staff member you trust.

REMEMBER, DCSO will investigate all reported instances of sexual abuse in jail. If you are a victim, report it immediately.

## Reporting False Allegations

If you make a false allegation of sexual abuse or harassment, you may be subject to disciplinary sanction and/or criminal prosecution.

## BOOKING/PROPERTY

When you come to jail you will be screened for pre-trial release. You will be notified if you are eligible. A list of cab companies and bonding companies are posted.

The clothes you wore to jail will be stored with your other belongings, and will be inventoried unless they are bloody or soiled. If this is the case, DCSO will dispose of all affected clothing in a biohazard bag.  KEEP YOUR RECEIPT so you can release your property or get it back when you leave. When you are "dressed out" in a jail uniform, you will receive:

**Females:**

| | | |
|---|---|---|
| hygiene package | mesh bag | panties (three pair) |
| shower shoes | socks (two pair) | sports bra (one) |
| tennis shoes | towel and washcloth | undershirt (one) |

**Males:**

| | | |
|---|---|---|
| hygiene package | mesh bag | shower shoes |
| socks (two pair) | t-shirts  (two) | tennis shoes |
| towel and washcloth | underwear (two pair) | |

If you have no money when you come to jail, or get money later, you will be charged the actual cost of these items.

You will also receive: two sheets, a blanket, and a bus tub.

Those items and this handbook are jail property. You must return them when you leave the DCSO. You are responsible for your jail uniforms and linens, and can be disciplined and/or charged with a crime if you intentionally damage or destroy them or other jail property.

All your things must fit in your bus tub. You may have a family member pick up extra property.  If you have an abundance of legal papers, it becomes unsafe to store them all in your cell or if these papers can constitute a legitimate security issue, your documents will be stored at your facility so you can swap them out as needed.

## 4.   MONEY

Your money is put in your jail account. You will get a check for any money left in your account when you leave the DCSO. Offenders on work release status may be allowed to carry money.  Otherwise, if you are caught with cash while in jail, this is considered contraband and you won't get it back until you are released from jail.

**Contraband:**

You should know any item that is illegal by law is not permitted in DCSO  correctional facilities. DCSO also has general housing rules that list what is considered contraband in correctional facilities.

Money is taken off your account for your commissary orders, certain DCSO programs and services, or if a court orders it. You will get a receipt when money is taken. If you don't have money, you will get the same programs and services.  If you owe fees when you get out of jail and get locked up again later, old fees will be paid from any money you have with you.  If money is put on your account, your old fees will be deducted from your account balance.

Indigents: If you have less than five dollars ($5.00) in your account for 30 days or more, ask your case manager to help you apply for free writing materials and hygiene items. You may apply for these items once a month.

Commissary: You may use the money on your account to buy commissary items. Commissary order forms and instructions on ordering will be posted in your housing unit Kiosk/ area. You are allowed to order commissary once a week.

## 5.   MAIL

You may send and receive letters from outside the jail. Put unsealed, stamped mail in the mailbox for your unit or give to the mail clerk. If you are indigent, the DCSO will pay postage for eight letters per month plus privileged mail.

Your mail may be searched.  If mail from the courts or your lawyer is searched, it will be opened and searched in front of you.  Mail to and from a court clerk is not included in this limitation.  Mail that breaks jail rules is returned to sender or placed into your personal property. Mail that breaks the law or contains information about criminal activity may be turned over to the police. If someone attempts to smuggle contraband to you, we will place the person who sends the items on a banned visitor list.

What you can get in the mail:

letters from people who are not locked up. You may get letters from immediate family members who are locked up, but must prove you are related.  See your case manager to get on the inmate-to-inmate mail list.

mail from your lawyer or the courts.

soft-backed books, out-of-town newspapers, and magazines mailed from a publisher, book store, or other commercial source; and,

money order or government-issued checks.

What you cannot get in the mail:

cash or personal checks;

photos depicting nudity (defined as exposure of nipples of adult women, or genitalia of either gender;

sexually-explicit photographs

Polaroid or other Instamatic photos;

stamps, envelopes, paper, or pen;

mail that poses a risk to orderly jail operations;

hardback books;

mail containing letters from anyone incarcerated who are not on the inmate-to-inmate mail list; or,

packages of clothes or other personal items.

---

The mail you send out must be in a plain envelope that shows only the name and address of where it is to be delivered and your name, OCA number and return address. Outgoing mail must be unsealed for inspection for contraband. Out-going inmate mail with artwork, other writing, or contraband will be returned to you or destroyed. All mail, whether you are sending it or it is coming to you, must have your OCA number. Mail without this number may be returned to sender, or the Mail which cannot be returned to the sender will be destroyed.

*Outgoing mail should be unsealed No mail can be read for mail.*

**6. VISITS AND PHONE CALLS**

**Phone Calls:** There are collect phones in each housing area. To use them, you will have to set up an account with the phone company. You will use your inmate number to make calls. Do not share your number with other inmates. Calls are NOT private, they are recorded. The recordings may be turned over to others if requested, or if the calls show evidence of criminal activity. Phone calls with your attorney will not be recorded if the attorney has given DCSO the phone number (s) for designation as non-recorded. You should let your attorney know to give DCSO these numbers. If your attorney does not contact DCSO with these numbers, your calls to the attorney will be recorded.

---

Mail can come to you from the post office or a commercial deliverer, like FedEx. Mail that goes through the regular post office also goes through the Metro post office, and delivery usually takes at least seven days. Mail to you should be addressed like this:

Your Name and OCA Number
Davidson County Sheriff's Office
PO Box 196383
Nashville, TN 37219-6383

---

**Visits:** Visiting schedules are posted in your unit. See your case manager to add or remove names of your visitor list, or to ask for special or contact visits. Names may be changed once a month, as scheduled for your housing area. Visitors who act inappropriately during visits may be placed on the banned visitor list. These individuals will be unable to visit you, or any other inmate.

Visitation is a privilege, not a right. If you act inappropriately during a visit, facility staff will end your visit. Upon a finding of guilty at a disciplinary hearing, you may be denied any further visits.

You are responsible for setting up your own visits within the approved schedule. See your case manager on how this works in your unit.

---

Visits will be refused or cancelled if:

the visitor is not on your list;

the person is on the banned visitor list;

you are on disciplinary lockdown;

a visitor seems to be drunk or high;

there is not enough space to visit safely;

a visitor refuses to check in, or be searched, or has no, or fake, ID;

visitors are not properly dressed;

you or your visitors act out;

your floor/facility is locked down during a security emergency; or,

visitors arrive after the cut-off time has passed.

---

**Special and Contact Visits:** You may receive a contact visit with your minor children. Meet with your case manager to discuss scheduling these visits. You must provide the child's date of birth. You may also ask for a special visit with a family member who has traveled more than 100 miles to see you.

You may ask for a special visit to the hospital if an immediate family member is in critical condition. If an immediate family member dies, you may ask to visit the church or funeral home to pay your last respects. DCSO officers will transport you in restraints and your jail uniform. The visit must be in this county.

Visits with lawyers and spiritual advisors are usually contact visits. So are visits with people who come to see you as part of their jobs, such as social workers, probation officers, psychologists, and police detectives. You have the right to refuse any visit.

---

Ask your case manager if you need to make a call that can't be collect. Jail staff

**Phone Calls:** There are collect phones in each housing area. To use them, you will have to set up an account with the phone company. You will use your inmate number to make calls. Do not share your number with other inmates. Calls are NOT private; they are recorded. The recordings may be turned over to others if requested, or if the calls show evidence of criminal activity. Phone calls with your attorney will not be recorded. If the attorney has given DCSO the phone number(s) for designation as non-recorded. You should let your attorney know to give DCSO these numbers. If your attorney does not contact DCSO with these numbers, your calls to the attorney will be recorded.

Ask your case manager if you need to make a call that can't be collect. Jail staff can't deliver messages to or for you. If you have a family death or emergency, a chaplain, case manager, or other staff member will verify the information and help make arrangements for you to contact your family.

**7. MEDICAL CARE**
A health history and TB skin test are done when you come to jail. You will receive a physical within fourteen days of entering custody. If you have a medical emergency, tell a staff member at once. If you have a medical problem that is not an emergency, fill out a sick-call form and put it in the sick-call box for your housing unit. Use the same form to see mental health staff or the dentist. Medical staff picks up these forms each day. There is always a doctor, psychiatrist, and dentist on call for emergencies.

If you believe your medication needs to be changed, fill out a sick-call form and a doctor will evaluate your request. The nurses CANNOT change your medicine; they can only give you what the doctor prescribes. If you refuse to take it, the doctor may stop it.

If you have money on your account, there is a $3.00 co-pay for certain medical services and medications. You will get the same medical care regardless of whether you can pay.

**8. CLASSIFICATION**
You will be classified a few days after you come to jail. DCSO will assign you to a custody level. Your custody level determines where you'll be housed and what kind of work, services, educational, and treatment programs you may qualify for. Classification staff considers your criminal history, current charges, past behavior while in jail, and many other factors deciding your custody level. There are three custody levels:

**minimum** - standard supervision level, double cell or dormitory housing, and normal program eligibility housed at Correctional Development Male Facility.

**medium** - moderate supervision level, double cell or dormitory housing, and restricted program eligibility; and housed Hill Correctional Facility.

**maximum** - increased supervision level, double cell housing, and very restricted program eligibility, housed at the Criminal Justice Center (males), or Correctional Development Female Facility.

Each of these custody levels will have an effect on the level of activities you may participate in, such as in-dorm activities or program access.

Classification staff will interview you to learn if you have an enemy in jail or other special housing needs. If you refuse to go to the area where you are assigned, you will be housed in a more restricted unit and will also be subject to disciplinary action.

**Appeal** - You don't have a right to choose where you are housed, but you can ask for a change in security level or housing. Your case manager will send your request to classification staff. You must give the reason you want to be moved. The classification staff will review your record and send a response to your case manager.

**9. CASE MANAGERS**
After you are classified, you will live in a housing unit which will have an assigned case manager. You will have an opportunity to see your case manager once a week if you sign the list. A schedule for your case manager will be posted in your housing area.

A case manager can:

look up your charges, bond, and court dates;

call or help you contact your lawyer, probation officer, the court clerk's office, the chaplain, jail staff, etc.;

add or take names off your visitor list on assigned days;

set up special, contact, and emergency visits;

arrange extra library time for legal research;

get you to a phone in a family emergency or legal crisis;

help you apply for education, treatment, and work programs; and,

provide forms and applications for things like work release, parole, property claims, reclassification, visits, and grievances.

A case manager cannot:

get your bond lowered;

take care of outside money matters for you;

move you to another cell;

accept packages;

take things from the public to give to you;

help you write out a lawsuit or give legal advice; or,

recommend you for parole or probation.

## 10. APPEARANCE AND HYGIENE

You will be given soap, toothpaste, and a toothbrush when you are dressed out, and given a chance to shower. You can buy more of these items from the commissary. If you are indigent, see a case manager for help getting those things. If you are on work release there is a charge for using laundry machines. All inmates receive free hair care and laundry services. All haircuts are standard.

You will be given the opportunity to shave three times per week. If you will be attending court, you will be given the opportunity to shave. Razor schedule will be posted in the housing unit. Dates and times will vary by facility.

You can only wear clothes that are issued by the jail or that you buy from the commissary. When outside the housing unit, you must wear your jail uniform and carry your identification (ID) with you at all times. The uniform must be snapped all the way shut, and pants will not be cuffed. If you wear the two piece uniform, the shirt must be tucked inside your pants; no sagging pants will be allowed. Head coverings or jewelry, even "homemade" jewelry, is not allowed except for approved medical or religious reasons.

If your jail ID starts to wear out, ask your case manager to get it replaced. You will be written up if you damage it on purpose.

## 11. SAFETY AND RECREATION

Safety: Follow staff instructions if there is an evacuation or other emergency. Tampering with safety equipment such as fire extinguishers, sprinklers, smoke detectors, or security doors and locks is a crime and you will be prosecuted. Even small fires can be deadly because of smoke inhalation. Report any fire at once to the nearest staff member.

Facility Count Times: Official Count occurs 3 times a day, 7am, 3pm and 11pm.

Meal Times: Breakfast 4am-6am, Lunch 10am-12 noon, and Dinner 4pm-6pm. All times are subject to change.

Recreation: If you are in general population, you may go to recreation every day if the weather and facility security allow, unless, for disciplinary reasons, you agree to give up your recreational time to avoid a formal disciplinary action against you. You must wear your jail-issued clothes and shoes. No rough sports or fighting is allowed. Recreation schedules will be posted in your housing area. These schedules are subject to change. Recreation in the day room is permitted for walking, board games, and general exercise. Exercise may be restricted by custody levels.

## 12. SERVICES

Religious: - You will usually not have to sign up for religious services. You have a right to practice your religious faith in any way that doesn't disturb jail safety or security. The DCSO does not arrange religious services. Instead, volunteers from the community provide these services. A schedule of religious services and activities is posted in each housing area and case manager's office. Because these services are provided by volunteers, the services are subject to change at any time.

Your minister or spiritual advisor may visit you in jail. He or she must first call the facility chaplain or the DCSO chaplain coordinator to be approved for a contact visit. The DCSO cannot buy religious material, but volunteers donate many materials, and your minister can usually get other materials to you through chaplain services. See your chaplain or case manager if you need other religious items to practice your faith. You must contact the facility chaplain at least a week in advance to schedule specific observances.

You may also request a religious diet through your case manager. The case manager will contact the facility chaplain, and will explain guidelines governing these diets. If you are found to violate these guidelines, your religious diet may be revoked. Also see your case manager if you are requesting religious accommodation.

Library: You have a right to legal material that helps you challenge jail conditions or your sentence. Each facility has a notebook filled with

Supreme Court cases about the rights of people in jail or prison. The case manager will forward legal research request to the DCSO legal assistant on the above subjects if not in the library. If it does not create a security risk you may also meet with another inmate for free help with research or filing complaints to the court. Library schedules are posted in your housing areas.

See your case manager if you want to use the law books at your facility. If you need extra time because you have a filing deadline, your case manager will confirm the deadline and see that you get extra time. Inmates assigned to general population may be given two hours of library time per week. If your state charges have been completed and you are jailed as an ICE detainee only, you may be given five hours of library time a week.

Your case manager will also give you forms to ask for legal research, and forms to file a complaint with the federal court if you believe your civil rights have been violated. The court charges a $350.00 filing fee for civil rights complaints, and the money will be taken off your account.

If you are caught with pages that have been torn from the law books, you will lose library privileges, be written up and disciplined, and may be charged with a new criminal offense for destroying government property.

Marriages: If you want to get married, see your case manager. You must pay for the marriage license and get your own minister or other qualified person to perform the wedding ceremony.

13. TREATMENT, EDUCATION, AND WORK RELEASE

The DCSO has several work, treatment, and education programs. All have rules for getting in and staying in, and none of them are easy to complete.

Treatment programs: Some of DCSO's state-licensed treatment programs offer help that cost thousands of dollars to get in the "free world." Treatment programs are for people who are willing to accept help and work hard to change behavior and attitudes.

You will be required to get up early, keep your living area clean, do chores, take part in group activities, and complete individual assignments. You must also follow all other treatment program rules, which will be posted in the unit; failure to obey them will result in

suspension. There are waiting lists for most treatment programs. If you just want to "do your time," with as little effort as possible, please don't take a space that can go to someone who is ready to work toward change.

To apply, you must have at least sixty days left to serve on your sentence. Professionally qualified DCSO staff members lead the programs. Like all DCSO treatment programs, you must be willing to follow the rules and work to help yourself do well.

New Avenues-Healing Journey: These are gender-responsive treatment programs for offenders who are interested in changing their lifestyle away alcohol and drug use. There are a wide variety of other programs to assist you when dealing with life's issues: education, parenting, life skills, etc.

Day Reporting Program: The Day Reporting Program is for offenders who would otherwise be sentenced to serve jail time. It is an intensive treatment program. Supervision is very strict, and you will have to report to the facility daily for programs such as substance abuse treatment, domestic violence programs, education (including GED), and career development. Either your lawyer or the courts can refer you to the program.

Work and Educational Release: Work release lets you earn money at a regular job, but you must return to jail each day. You may qualify for work release if you:

have been sentenced and have no more charges;

are within one year of release on your sentence;

have never escaped or attempted to escape from custody;

do not have two or more felony convictions for crimes against people or property; and,

are not a registered sex offender.

You must pay a fee for room and board for each day you actually work. You may also apply for daytime release for education programs, such as college or vocational schools. See your case manager to learn more about work and educational release.

Other work programs: The DCSO has several work programs. State law says you must work if you are convicted. You may be assigned to clean in your housing unit, work in the kitchen, on litter clean-up or landscaping crews, jail maintenance, or other work details. Some work programs also teach a skill or trade. Refusing to work will keep you out of treatment, and

other programs. If you are sentenced, you will lose credits and be in jail longer. You may also get a disciplinary write-up and lose privileges.

**12-Step Programs (AA & NA):** There are Alcoholics Anonymous (AA) and/or Narcotics Anonymous (NA) meetings at each facility. These meetings are free to anyone who wants to attend. These meetings are staffed by volunteers. Meetings can only be held as volunteers are available. See your case manager for more information.

**Education and training:** All facilities have GED classes, and you may earn your diploma while you are here if you qualify for that program. The DCSO offers several other training and education programs, such as culinary arts (cooking classes) and computer learning. Please ask your case manager if you are interested.

**S.A.V.E. (Sheriff's Anti-Violence Effort):** This is a batterer's intervention program to help you with domestic violence and power/control problems.

## 14. YOUR RIGHTS AGAINST DISCRIMINATION

The DCSO complies with Title VI of the Civil Rights Act. Title VI prohibits discrimination in programs, services or activities because of race, color, or national origin. Discrimination based on language is also prohibited. If you need to file a Title VI complaint, contact your case manager.

If you have a disability, you have a right to reasonable accommodations related to programs, living conditions, and other daily activities. See your case manager to ask for help or make a complaint regarding needs related to your disability.

## 15. GRIEVANCES

If you have a complaint about a jail policy, practice, condition, or employee, ask for a grievance/appeal form, or write it on plain paper with "GRIEVANCE" across the top in big letters. Put it in the grievance box in your area. You have seven days, including holidays and weekends, after the matter/incident you are complaining about arises to file a grievance. That time limit may be extended only for a good reason. You should get an answer within seven working days. If you don't, ask your case manager to check on it for you. If the grievance coordinator finds the grievance duplicates one you've already filed, the grievance will be returned to you without a new response.

**Grievance appeals:** If you think the answer to your grievance is unfair, you can appeal to the facility administrator. You must file your appeal within five days of receiving your original response. Get another grievance/ appeal form from your case manager or correctional officer, or write your appeal on plain paper with "GRIEVANCE APPEAL" in big letters across the top. Put it in the grievance box. You will receive an answer in seven working days. The appeal must only be based on issues from the initial grievance. If you introduce new grievances within the appeal, the appeal authority may choose to answer only issues which appear in the initial grievance

## 16. REPORTING STAFF MISCONDUCT

You have a right to report staff misconduct without fear of retaliation. Most complaints can be handled through the grievance system explained above. If you believe a staff member has, or is, committing crime inside the facility, you do not have to use the grievance system to report it. You may contact any staff member to report your concerns.

It is a felony for anyone to smuggle drugs or weapons into the jail. It is also a felony for any DCSO employee, volunteer, or contract employee to have sexual contact with you. Report it at once if any staff member tries to have sexual contact with you. DCSO internal investigations office by Metro mail, phone, or through your lawyer or a family member. You will be protected from retaliation.

## 17. REPORTING CRIMES

If you want to report a crime committed against you by someone else, ask to see the on-duty lieutenant or other supervisor at your facility. They will arrange for you to make a complaint to the police.

## 18. JAIL DISCIPLINE AND RULES

Requirements to Work:

**Pre-trial inmates:** You will be required to work within your cell block. You will be required to keep your cell clean. You can also be required to clean the dayroom, shower, bathrooms, or other parts of the cell block or pod. You are also required to maintain your own hygiene.

**Convicted inmates:** You can be required to work outside your cell block. If you work in a job assigned to you by Classification staff or through work release, you may receive two days credit for each day you work (when your sentence allows it). If you refuse to work, these "2 for 1" credits will be stopped as required by state law. Refusing to work will increase the time you spend in jail. Once you refuse to work, you will not be given another opportunity to work for a minimum of thirty days. If the disciplinary hearing finds you guilty of refusing to work, you can also be put on lockdown.

For health and safety reasons, you must take a TB skin test and submit to a physical. If you refuse either the test or the physical, you will not be allowed to work. If you do not work, you will not receive "2 for 1" credits, and you will stay in jail longer.

**Disciplinary write-ups:** You may get a "write-up" if a staff member believes you broke jail rules. If your behavior threatens jail safety or others, you may be locked down until your hearing.

**Your rights:** If you get a disciplinary write-up, you have the right to:

a copy of the disciplinary report and any documents or evidence the hearing officer considers, *unless information within the document could pose a risk to facility security;*

a hearing within no less than 24 hours and no more than seven days after you get a copy of the write-up;

be present during the entire hearing, unless you act out;

make a statement and present evidence;

an interpreter, if you don't understand English or you are hearing impaired;

the help of a staff member to prepare or present your case;

call witnesses, or be given a written reason why you were not allowed to do so;

remain silent, but your silence may be held against you;

appeal the decision, in writing, within five working days; and,

a signed copy of the hearing officer's decision that explains the reason for the decision, the evidence considered, and the punishment, or sanction, if there is one.

**Disciplinary hearings:**
You have the right to call and cross-examine witnesses, and present evidence in your own defense, when permitting you will not be hazardous to correctional facilities safety and security.

You may be found guilty only if there is some evidence that you are guilty.

**Disciplinary Charges and Penalties:** If you are found guilty, the hearing officer may consider your past institutional behavior when choosing the penalty for your offense. The penalties range from:

a verbal warning;

restriction of privileges, such as visits or commissary; and/or,

Disciplinary lock-down for no more than 30 days for one offense, and no more than 60 days for all offenses combined.

While you are on lockdown, you will not receive sentence credits. The disciplinary hearing officer may also choose to take away sentence credits you have already received (i.e., "dead time"), regardless of the other sanctions imposed. You may be denied visitation for a period at the hearing officer's discretion, ranging from thirty days to the length of your incarceration, based on the severity of your infraction.

You will be offered one hour out of your cell each day, one personal phone call every 30 days, and the opportunity to shower.

**Disciplinary Appeals:** You may appeal the hearing officer's decision by filling out an appeal form or writing it on plain paper with "DISCIPLINARY APPEAL" in big letters across the top. Put it in the grievance box for pick-up. You will get a written decision on the appeal within seven working days. Technical errors, such as omitted date, will not be enough to overturn the results of your hearing. To win an appeal, you must show that:

you were denied one of your rights;

there was no evidence you are guilty, or,

the sanction is more than is allowed (see chart below, "penalty" means how many days of lock-down the offense carries, "verbal" means verbal warning).

**Charges and Penalty Ranges:**

| Charge | Penalty |
| --- | --- |
| Arson | 30 |
| Assault and Battery | 10 – 30 |
| Attempted Escape | 10 – 30 |
| Contraband Possession | 10 – 30 |
| Destruction of Property | Verbal to 30 |
| Disrespect | Verbal to 15 |
| Disruptive Behavior | Verbal to 15 |
| Intoxicants – Possession | 5 – 30 |
| Intoxicants – Selling | 5 – 30 |
| Escape/Walk-off | 30 |
| False Report | Verbal to 15 |
| Fighting | Verbal to 30 |
| Forgery/Fraud | 10 – 30 |
| Furlough Violation | 30 |
| Gambling | Verbal to 15 |
| Gang Related Activity | 10 – 30 |
| Harassment | 5-30 |
| Hoarding Medication | Verbal to 30 |
| Horseplay | Verbal to 15 |
| ID Violation | Verbal to 30 |
| Inmate on Inmate Sexual Abuse | 30 |
| Inmate on Inmate Sexual Harassment | 5 to 30 |
| Inmate on Staff Sexual Abuse | 30 |
| Inmate on Staff Sexual Harassment | 5 to 30 |
| Inmate Consensual Sexual Behavior | Verbal to 30 |
| Interfering with Officer's Duty | Verbal to 15 |
| Intoxicated – Drugs, Alcohol, Other | 10 – 30 |
| Out of Place | Verbal to 15 |
| Refusal or Positive Urinalysis | 30 |
| Possession of Stolen Property | 10 – 30 |
| Refusal to Go to School (Juveniles) | 5 – 15 |
| Refusal to Work (Convicted Only) | 5 – 30 |
| Refused Direct Order | Verbal to 15 |
| Riot Participation | 30 |
| Smoking | Verbal to 15 |
| Smuggling (Conceal to Transport) | 10 – 30 |
| Strong Armed Activity | 15 – 30 |
| Tampering with Property | Verbal to 30 |
| Tattooing | 10 – 30 |
| Theft | 5 – 30 |
| Threatening Behavior | 5 – 30 |
| Weapon Possession | 30 |
| Unsatisfactory Detail Performance | 5-30 |
| Violation of Housing Rules | Verbal to 30 |

## 19. GENERAL RULES

No gang activity, names, symbols, or codes are allowed anywhere, on anything. That includes your mail and personal property.

You must use ONLY your own PIN to make phone calls.

Your bed must be made when not in use.

You are responsible for maintaining proper hygiene.

You will be responsible for the sanitation of your cell and bunk area.

You are responsible for the sanitation of the cell block or pod area, such as the day room, floors, and showers.

You may not store open food or drink containers in your cell.

You must stay on your bunk and be quiet during counts and lockdown times.

You may not write on walls, ceilings, windows, doors, etc.

You may not put pictures, papers or similar items on the walls.

You will not cover bunks, doorways, or windows.

You will not barter, exchange, sell, or loan money, food, commissary items, jail property, or personal property with/to any other inmate.

Televisions may be shut down temporarily to restore order. One inmate or group of inmates will not control them. Officers will keep the TV off at night, during count, and at other times when needed.

Destroying, damaging, or tampering with jail property is a crime. You will be disciplined, and may be prosecuted in court.

Do not pull or force security doors.

Smoking and tobacco products are not allowed.

Do not enter any housing area or other part of the building except when staff directs you to.

When sent to another area, do not stop along the way.

You must have your jail ID at all times outside your housing area.

Keep all property in your bus tub.

Do not pass items to other inmates, or send notes to other inmates.

NAME William Lee[?]

OCA 472269

DAVIDSON COUNTY SHERIFF'S OFFICE

P.O. BOX 196383

NASHVILLE, TN 37219-6383

RECEIVED
IN CLERK'S OFFICE

OCT 15 2013

U. S. DISTRICT COURT
MID. DIST. TENN.

United States District Court
Middle District Tennessee
Clerk's Office
801 Broadwood Room 800
Nashville TN
37203

Legal mail





SENT FROM CORRECTIONAL INSTITUTION INMATE BEARS ALL RESPONSIBILITY FOR CONTENT