UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM KEEL ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 3:13-1145 |
| ] | Judge Trauger |
| DAVIDSON COUNTY SHERIFF'S ] | |
| OFFICE, et al. ] | |
|     Defendants. ] | |

**O R D E R**

The Court has before it defendants' Motions to Dismiss (Docket Entry Nos. 25 and 28), plaintiff's Response (Docket Entry No. 49) in Opposition to the Motions, a Report and Recommendation (Docket Entry No. 66) from the Magistrate Judge addressing the Motions to Dismiss, plaintiff's Objections (Docket Entry No. 78) to the Report and Recommendation, defendants' Response (Docket Entry No. 86) to the plaintiff's Objections, and the plaintiff's Reply (Docket Entry No. 88) to the defendants' Response.

In accordance with the Memorandum contemporaneously entered, the Court has reviewed these pleadings and the record *de novo* and finds that the plaintiff's Objections to the Report and Recommendation lack merit. Therefore, the plaintiff's Objections are OVERRULED.

The Report and Recommendation is ADOPTED AND APPROVED in all respects. Therefore, the Motion to Dismiss (Docket Entry No. 28) filed by Daron Hall and the Metropolitan Government of Nashville and Davidson County is GRANTED. All claims against these defendants, with the exception of the claim regarding a leaky ceiling at the Davidson County Criminal Justice

Center, are DISMISSED.

The Motion to Dismiss (Docket Entry No. 25) filed by Correct Care Solutions is also GRANTED for the reason stated in the Memorandum.

The plaintiff has failed to state a claim against the Davidson County Sheriff's Office and the Davidson County Criminal Justice Center. 28 U.S.C. § 1915(e)(2). Therefore, these defendants are DISMISSED from the lawsuit as well.

This case shall be returned to the Magistrate Judge for further handling under the original referral order.

It is so ORDERED.

Aleta A. Trauger
United States District Judge