L-15886

**Briggs & Associates**
222 Second Avenue, North
Suite 360M
Nashville, TN 37201
615/482-0037



*Approved*
*R. Alex Dickerson*
*9/9/14*

# Invoice

| | |
|---|---|
| Number | CB1718 |
| Date | 9/6/2014 |

**Bill To**
R. Alex Dickerson, Esq.
Metropolitan Department of Law
P.O. Box 196300
Nashvillt, TN, 37219

**In Re:**
William Keel
v.
Metropolitan Goverment, et al

| TAX ID # | Case | Project |
|---|---|---|
| [redacted] | 3:13-cv-1145 | deposition of William Keel |

| Date | Description | Pages/Hours | Rate | Amount |
|---|---|---|---|---|
| 8/18/14 | per diem (your share) | 1.00 | $100.00 | $100.00 |
| | deposition transcript | 141.00 | $3.50 | $493.50 |
| | PDFs for filing (no charge) | | $0.00 | $0.00 |

PAY $593.50

| | |
|---|---|
| VENDOR # | 213383 |
| ACCOUNT # | 0650500? |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

L-15886

L-15886/Keel

| | | | |
|---|---|---|---|
| Amount Paid | $0.00 | | |
| Amount Due | $593.50 | Shipping Cost | $0.00 |

Thank you for choosing Briggs & Associates
We appreciate your business!

| Total | $593.50 |
|---|---|

2014 SEP -8 PM 2:49
THE METROPOLITAN GOVERNMENT OF NASHVILLE DAVIDSON CO
METRO DEPT. OF LAW